***E-FILED - 7/29/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE LOUIS VALENTINE, JR., | ) | No. C 10-3836 RMW (PR) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION TO |
| v. | ) ) | DENY DEFENDANTS' WAIVER OF REPLY; |
| D. MILLIGAN and J. SILVEIRA, | ) ) | DENYING RENEWED MOTION FOR PRODUCTION |
| Defendants. | ) ) ) | OF DOCUMENTS; GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. The court screened plaintiff's amended complaint and found that he stated cognizable claims of violations to his First Amendment rights. Before the court is plaintiff's motion to deny defendants' waiver of reply, a renewed motion for production of documents for inspection by the court, and a motion to stay discovery pending disposition of the motion for summary judgment.

Plaintiff's motion to deny the defendants' waiver of reply is DENIED. Plaintiff's renewed motion for production of documents for inspection by the court is DENIED. Defendants' motion to stay discovery pending disposition of the motion for summary judgment is GRANTED. See Crawford-El v. Britton, 523 U.S. 574, 598 (1998) (noting that a district court should stay discovery until the threshold question of qualified immunity is settled). Relatedly,

Order Denying Plaintiff's Motion to Deny Defendants' Waiver of Reply; Denying Renewed Motion for Production of Documents; Granting Defendants' Motion to Stay Discovery
P:\PRO-SE\SJ.Rmw\CR.10\Valentine836misc.wpd

1  plaintiff's "motion that defendants' motion to stay be denied" is DENIED.  Discovery is
2  STAYED pending further order of the court.
3      This order terminates docket numbers 25, 26, 32, and 35.
4      IT IS SO ORDERED.
5  DATED:  7/28/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE L. VALENTINE JR,

        Plaintiff,

  v.

J. YERENA et al,

        Defendant.

Case Number: CV10-03836 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Louis Valentine C47779
Pelican Bay State Prison
Post Office Box 7500
(D4-212)
Crescent Bay, CA 95592

Dated: July 29, 2011

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk